# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LOLA LUCIO, Individually,<br><br>          **Plaintiff,**<br><br>v.<br><br>DONNA'S DONUTS, INC.,<br>A Domestic Company<br><br>          **Defendant.**<br>_____/ | Case No. 4:19-cv-12455 |

| | |
|---|---|
| /s/ Pete M. Monismith<br>PETE M. MONISMITH (P78186)<br>PETE M. MONISMITH, PC<br>3945 Forbes Avenue,<br>Suite #175<br>Pittsburgh, Pennsylvania 15213<br>Telephone: (724) 610-1881<br>Facsimile (412) 258-1309<br>Pete@monismithlaw.com<br>*Attorneys for Plaintiff* | /s/ Gregory Gibbs<br>Gregory Gibbs<br>Law Offices of Gregory T. Gibbs<br>717 S. Grand Traverse St. Flint, MI 48502<br>T: (810) 239-9470 ext. 1<br>F: (810) 235-2468<br>greggibbs51@sbcglobal.net<br>www.gibbslawoffice.com<br><br>*Attorney for Defendant* |

## STIPULATED FINAL ORDER OF DISMISSAL

The parties having stipulated to the entry of a Final Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

                                                s/Arthur J. Tarnow
                                                ARTHUR J. TARNOW
Dated: December 26, 2019                SENIOR U.S. DISTRICT JUDGE

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Final Order to Dismiss the Complaint.

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ Gregory Gibbs |
| PETE M. MONISMITH (P78186) | Gregory Gibbs |
| PETE M. MONISMITH, PC | Law Offices of Gregory T. Gibbs |
| 3945 Forbes Avenue, | 717 S. Grand Traverse St. Flint, MI 48502 |
| Suite #175 | T: (810) 239-9470 ext. 1 |
| Pittsburgh, Pennsylvania  15213 | F: (810) 235-2468 |
| Telephone:  (724) 610-1881 | greggibbs51@sbcglobal.net |
| Facsimile (412) 258-1309 | www.gibbslawoffice.com |
| Pete@monismithlaw.com | ***Attorney for Defendant*** |
| ***Attorneys for Plaintiff*** | |

Dated: December 23, 2019